# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ELOUISE PEPION COBELL, *et al.*,

          **Plaintiffs,**

    v.

SALLY JEWELL, Secretary of the
Interior, *et al.*,

          **Defendants.**

Civil Action No.  96-01285 (TFH)

## ORDER

Pending before the Court is Plaintiffs' Emergency Motion to Stay Distribution of Settlement Funds that are Subject to Pending Appeal.  Plaintiffs seek to withhold $8.2 million in expense reimbursement claims from the settlement distribution in addition to the $48 million in settlement funds that are already expected to be withheld for various reasons.  Upon consideration of the parties' submissions and the record in this case, it is now

**ORDERED,** that Plaintiffs' Motion to Stay Distribution [ECF No. 4059] is **DENIED**. This Court has previously denied Plaintiffs' expense application for the funds Plaintiff now seeks to withhold. *See* Order Granting Final Approval to Settlement, July 26, 2011 [ECF No. 3850]; Order Denying Plaintiffs' Motion for Reconsideration of Class Representatives' Expense Application, March 20, 2014 [ECF No. 4034]. Plaintiffs have given this Court no reason to withhold these funds from the settlement distribution.

    **SO ORDERED.**

August 28, 2014

_____
Thomas F. Hogan
Senior United States District Judge